**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BYRON FERNANDO LALVAY LALVAY, Civil Action No. 1:26-cv-12961-KMW

Petitioner, Hon. Karen M. Williams

v.

SOTO, et al.,

Respondents.

**Order**

This matter having come before the Court on Petitioner's request for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner having been released from immigration custody, and for good cause shown;

IT IS on this 13th day of October, 2026, ORDERED that:

1. Petitioner's request for voluntary dismissal is GRANTED.

2. The petition for a writ of habeas corpus and this action are DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case.

HON. KAREN M. WILLIAMS
United States District Judge